UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Litiesha Harden,

Plaintiff,

v.

Solventum,

Defendant.

Case No. 26-CV-1419 (KMM/LIB)

ORDER

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois, dated August 13, 2026. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED:

1. The R&R is accepted.
2. That this action as alleged against Defendant Solventum be **DISMISSED without prejudice**, consistent with the R&R.

**Let Judgment Be Entered Accordingly.**

Date: **November 2, 2026**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge